## RECONSIDERATION OF PRIOR DECISIONS

2003–0719. State v. Lentz.
Lucas App. No. L–01–1461, 2003–Ohio–1038. IT IS ORDERED by the court that the motion for reconsideration in this case be, and it hereby is, denied.

2003–1154. State v. Grigsby.
Greene App. No. 02CA16, 2003–Ohio–2823. IT IS ORDERED by the court that the motion for reconsideration in this case be, and it hereby is, denied.

## DISCIPLINARY CASES

2003–0699. Disciplinary Counsel v. Lantz.
On April 18, 2003, the Board of Commissioners on Grievances and Discipline certified its final report to this court in this case recommending that respondent, Charles Lantz, Attorney Registration No. 0016201, last known business address in Lancaster, Ohio, be permanently disbarred. It appearing from the record filed in this case that respondent may be suffering from a mental illness,

IT IS HEREBY ORDERED by the court, sua sponte, that this cause be, and it hereby is, remanded to the Board of Commissioners on Grievances and Discipline for investigation of the mental illness issue. It is further ordered that the Board of Commissioners on Grievances and Discipline file a report on the results of the investigation within 90 days of the date of this order.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

## MISCELLANEOUS DISMISSALS

2003–1164. In re Port.
This cause is pending before the court upon movant's order to show cause why Lisa J. Niles should not be found in contempt for failure to comply with subpoena duces tecum issued by the Board of Commissioners on Grievances and Discipline. Upon consideration of movant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and it hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and it hereby is, dismissed.

2003–1165. Ross v. Clark.
Franklin App. No. 02AP–222, 2003–Ohio–4056. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and it hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and it hereby is, dismissed.

2003–1192. State v. Caynor.
Monroe App. No. 867, 2003–Ohio–3282. This cause is pending before the court as a discretionary appeal and a claimed appeal as of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due August 5, 2003, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and it hereby is, dismissed, sua sponte.